**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DOCK LEWIS ROBERTS**                                                    **PLAINTIFF**

**v.**                            **CASE NO. 4:19-CV-00322 BSM**

**DOES et al.**                                                            **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 15] filed by United States Magistrate Judge

Jerome T. Kearney is adopted.  Defendants Pulaski County Jail, Aramark, Alexander, and

Does are dismissed.

IT IS SO ORDERED this 25th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE