IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOCK LEWIS ROBERTS**                                                      **PLAINTIFF**

v.                     **CASE NO. 4:19-CV-00322 BSM**

**DOES et al.**                                                            **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 28] is adopted. Defendant Russell's motion to dismiss [Doc. No. 23] is granted, and Russell is dismissed. If Roberts does not provide the identity of defendant Jane Doe within thirty days, Doe shall be dismissed.

IT IS SO ORDERED this 28th day of January 2020.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE