IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOCK LEWIS ROBERTS,**  PLAINTIFF
#173084

v.  CASE NO. 4:19-CV-00322-BSM

**DOES,** *et al.*  DEFENDANTS

## ORDER

After carefully reviewing the record *de novo*, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 45] is adopted. Kerry Shelton's motion for summary judgment [Doc. No. 41] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE