IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOCK LEWIS ROBERTS,**                                                        **PLAINTIFF**
#173084

v.                     CASE NO. 4:19-CV-00322-BSM

**DOES,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE